C-08-0822-SA

03-15-00179-CR

Greetings                                    April 16, 2015

To the Third Court of appeals clerk. I would like to know my deadlines to perfect my appeal. Please do not contact my lawyer with this info. I need to know the deadlines So I may file my Appellate briefs. Has my Notice of Appeal been filed, I'm Referring to the Third one I filed. Thats the one I want to use. The First one, I filed had Typos, so we had to make another one. Then my so called lawyer Fred brigman filed a wrong notice of appeal, which I Told him in a letter that I will not use. then he filed for the record and put the wrong case numbers, So ⊘⊘ my wife and I, had to file a motion for an Appellate record, and filed 3 other motions for finding facts and conclusions of law. Then we filed the Correct Notice of Appeal. A 5 page Notice of appeal. I Also need to file a docketing statement, which my lawyer hasn't done. Can you please send me the info on my deadlines and case numbers, to the following

Orlando Salazar #56629          Orlando & Andrea Salazar
122 W. Harris            (and)  3406 Juanita ave.
San Angelo, TX 76903            San Angelo, TX 76903

C.C. A.C.L.U.                    325-227-1620
F.B.I                           Bandaandrea53@Yahoo.com
Fred brigman
County clerk
State bar
Orlando Salazar
Andrea Salazar

RECEIVED
APR 2 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

My lawyer Fred brigman does not return my phone calls, emails or letters. Please help on this matter. My lawyer has gone AWOL.

Orlando Salazar #56029
TOM GREEN COUNTY JAIL
122 W. Harris
San Angelo, Texas 76903

ABILENE TX 796

17 APR 2015 PM 1 T

Third Court of Appeals
"Appeals Clerk
P.O. Box 12547
Austin, TX 78711

FOREVER
USA